BEFORE THE SECOND DIVISION, APRIL 16, 1958

**No. 61830.**—John L. Westland & Son, Inc., a/c Pacific Plumbing Product Co. *v.* United States, protest 303858–K (A) (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of Douglas valve bodies similar in all material respects to those the subject of Abstract 60910, the claim of the plaintiff was sustained.

**No. 61831.**—Maola Industries *v.* United States, protests 244355–K (A) and 262677–K (A) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of mechanical hydraulic vises, not hand tools, but which are parts of machine tools (other than jig-boring machine tools), which would now be returned as parts of machine tools, the claim of the plaintiff was sustained